EFILED Document
CO Arapahoe County District Court 18th JD
Filing Date: Nov 06 2012 11:21AM MST
Filing ID: 47575941
Review Clerk: N/A

| | | |
|---|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO <br><br> Court Address: 7325 South Potomac Street <br> Centennial, Colorado 80112 | | |
| Plaintiff: **WILLIAM BARTNICK AND LAURA LARKINS BARTNICK** <br><br> vs. <br><br> Defendants: **CITY OF ENGLEWOOD; et al.** | | Case Number: <br><br> 2009 CV 2198 <br> Div.: 206 |
| **ORDER – RE: Stay on Collection Pending Hearing** | | |

Having reviewed the plaintiffs' "Notice of Hearing and Rule 62(h) Stay of Proceedings to Enforce Judgment," and being otherwise fully advised of the premise of the Motions, the Court makes the following rulings:

1. On October 15, 2012, the Court ordered that a hearing would be scheduled to address the plaintiffs' claim of exemption regarding the collection of the Judgment entered against the plaintiffs and in favor of Chris Carman and State Farm.

2. A hearing has now been scheduled for November 30, 2012, at 3:00 p.m. in Division 206 of the District Court.

3. As of the date of this Order, <u>until the hearing on November 30, 2012, further collection efforts by the Judgment creditors against the Judgment debtors will be stayed</u>.

By Order of the Court this 6th day of November, 2012.

_____
John L. Wheeler
District Court Judge

Cc: All parties
[Note: Counsel for the moving party (or the party if unrepresented) is instructed by the Court to serve a copy of this order on any *pro se* party within ten (10) days of receipt.]

**Appendix A-5**