|  |  |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br><br>Court Address: 7325 South Potomac Street<br>Centennial, Colorado 80112 | **EFILED Document**<br>**CO Arapahoe County District Court 18th JD**<br>**Filing Date: Dec 05 2012 07:48PM MST**<br>**Filing ID: 48212091**<br>**Review Clerk: N/A** |
| Plaintiff:   **WILLIAM BARTNICK AND LAURA LARKINS BARTNICK**<br>vs.<br>Defendants: **CITY OF ENGLEWOOD; et al.** | Case Number:<br><br>2009 CV 2198<br>Div.:  206 |
| **ORDER – RE:  Defendants' Motion for Fees and Costs** ||

Having reviewed the outstanding request by the "institutional" defendants for the award of attorneys' fees and costs as a result of this Court's November 29, 2012 dismissal of plaintiffs' claims against the defendants as a sanction pursuant to C.R.C.P. 37(d), and being otherwise fully advised of the premise of the request, the Court makes the following rulings:

1. The Court DENIES the November 1, 2012 request by the "institutional" defendants for the award of attorneys' fees and costs regarding the Court's dismissal of plaintiffs' 42 U.S.C. § 1983 claims pursuant to C.R.C.P. 37(d) for the following reasons:

   a. Defendants request the award of attorneys' fees and costs pursuant to C.R.S. § 13-17-1012(2) and 42 U.S.C. § 1988 for litigation which "lacked substantial justification" and/or which is "vexatious, frivolous, or brought to harass or embarrass the defendant."

   b. On July 24, 2010, the Court denied the motion of the "institutional" defendants to dismiss plaintiffs' claims under 42 U.S.C. § 1983 and held that plaintiffs presented a legally colorable claim under that statute.  Therefore, the Court has already ruled that plaintiffs' 42 U.S.C. § 1983 claims are _not_ groundless or frivolous under § 13-17-102(2), and are _not_ "vexatious, frivolous, or brought to harass or embarrass the defendant" under 42 U.S.C. § 1988.

   c. Defendants also request the award of attorneys' fees and costs pursuant to C.R.S. § 13-17-1012(2) for "abuses of discovery procedures" which "unnecessarily expanded the proceeding."

# Appendix A-44

     d.     In its November 29, 2012 Order, the Court sanctioned the plaintiffs for not appearing at their deposition with full knowledge that such action could result in the sanction of dismissal [11/29/12 Order, ¶ 19.d.]  The Court did <u>not</u> find that the plaintiffs' conduct unnecessarily expanded the litigation; in fact, plaintiffs' conduct terminated the litigation.  Therefore, any sanction under § 13-17-102(4) is <u>not</u> available to State Farm.

     By Order of the Court this 5th day of December, 2012.

_____
John L. Wheeler
District Court Judge

Cc:    All parties

[Note:  Counsel for the moving party (or the party if unrepresented) is instructed by the Court to serve a copy of this order on any *pro se* party within ten (10) days of receipt.]