# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

**Civil Action No.**  12-cv-03208-RBJ-MJW                FTR - Courtroom A-502

**Date:**  January 17, 2013                              Courtroom Deputy, Laura Galera

| *Parties* | *Counsel* |
|---|---|
| WILLIAM BARTNICK and<br>LAURA LARKINS BARTNICK,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY,<br>STATE FARM INSURANCE COMPANIES, and<br>all unknown persons or parties,<br><br>    Defendant(s). | *Pro Se*<br><br><br><br><br><br>Christopher R. Jones<br>Suzanne J. Lambkin |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    STATUS CONFERENCE / MOTION HEARING
**Court in Session:**    2:30 p.m.
Court calls case.  Appearances of *Pro Se* plaintiffs and defense counsel.

The Court raises Defendant State Farm's Motion [Docket No. 44] for argument.

Argument by Mr. Jones and Mrs. Bartnick regarding Defendant State Farm's Motion [Docket No. 44].

The Court advises the plaintiffs there are only two pending claims before this court, and that pleadings should be limited to address those claims only.

Discussion regarding the state court case and relief sought by the Plaintiffs.

**It is ORDERED:**    Defendant State Farm Fire and Casualty Company's MOTION FOR ORDER REQUIRING PRIOR APPROVAL BEFORE ACCEPTANCE AND DOCKETING OF FILINGS BY PLAINTIFFS PURSUANT TO 28 U.S.C. § 1651(a) [Docket No. **44**, filed January 11, 2013] is GRANTED for reasons as set forth on the record. The Plaintiffs are not restricted from filing motions or pleadings as long as they are directly related to the pending claims in this case.

Discussion regarding pending motions.

*Pro Se* plaintiffs are reminded they are required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P) <u>and</u> the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.).

HEARING CONCLUDED.

**Court in recess:      3:38 p.m.**
Total In-Court Time:   01:08

To order a transcript of this proceedings, contact Avery Woods Reports   (303) 825-6119  or   Toll Free   1-800-962-3345.