IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03208-RBJ-MJW

WILLIAM BARTNICK and
LAURA LARKINS BARTNICK,

Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant State Farm Fire and Casualty Company's Motion for Leave to File Corporate Disclosure Pursuant to Fed.R.Civ.P. 7.1 (Docket No. 66) is granted, and the tendered Corporate Disclosure Statement (Docket No. 66-1) is accepted for filing.

Date: February 15, 2013