IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03208-MJW

WILLIAM BARTNICK and
LAURA LARKINS BARTNICK,

Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that based upon the Order of Reference Pursuant to 28 U.S.C. § 636 issued by Judge Jackson on February 28, 2013 (Docket No. 73), this court's Recommendation on Pro Se Plaintiffs' Motion for Temporary Injunction from Garnishment and Levy (Docket No. 27), which was issued on January 22, 2013 (Docket No. 50), is made an Order of this court.  Plaintiffs' objections thereto (Docket No. 53) are overruled.

It is further ORDERED that the Amended Complaint filed on March 1, 2013 (Docket No. 75), is STRICKEN due to the plaintiffs' failure to comply Fed. R. Civ. P. 15(a)(2) which permits such an amendment only with the opposing party's written consent or the court's leave.  Plaintiffs have not shown that they have obtained defendant's consent to file the Amended Complaint, nor have the plaintiffs filed a motion to file such a pleading.

Date: March 4, 2013