IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No.   12-cv-03208-MJW

WILLIAM BARTNICK, and
LAURA LARKINS BARTNICK,

     Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

     Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered during the course of proceedings in this case, the following FINAL JUDGMENT is entered.

Pursuant to the Order [Docket No. 78] on Defendant's Motion for Summary Judgment, entered by United States Magistrate Judge Michael J. Watanabe, on March 07, 2013, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant State Farm Fire and Casualty Company's Motion for Summary Judgment (Docket No. 56) is granted.  Accordingly, Final Judgment is hereby entered in favor of the defendant State Farm Fire and Casualty Company and against the plaintiffs William Bartnick and Laura Larkins Barnick on all claims.  It is further

ORDERED that the defendant is AWARDED its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Civil Action No.  12-cv-03208-MJW
Final Judgment

      Dated at Denver, Colorado this 11th day of March, 2013.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK


                              By: s/Edward P. Butler
                              Edward P. Butler, Deputy Clerk