IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-03208-MJW

WILLIAM BARTNICK and
LAURA LARKINS BARTNICK,

Plaintiff(s),

v.

STATE FARM FIRE AND CASUALTY COMPANY,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's [sic] Motion for Rule 11 Sanctions by Declaration (Docket No. 102) is DENIED, finding no basis in law or in fact for such relief. Once again, plaintiffs are raising arguments concerning issues that are not before this court, have already been adjudicated in state court, or which have already been adjudicated here.  For example, plaintiffs raise arguments concerning a ruling they claim was recently made by Judge Wheeler in state court.  This court, however, does not sit as an appellate court of that state court's rulings.

It is further ORDERED that Plaintiff's [sic] Motion for Stay on Bill of Costs Hearing (Docket No. 104) is denied as moot.  See Docket No. 100 (costs taxed against plaintiffs).  The court notes that in this motion, plaintiffs once again make mention of a ruling they claim was recently made by Judge Wheeler in state court regarding attorney fees, costs, and interest, referring to that court as "the lower court."  At the conclusion of this motion, plaintiffs state that they "seek the Court's Final Order to include contemplation of jurisdiction and mistake of the lower courts [sic] orders, related to State Farm, its parent corporation and its agents and attorneys of record in this matter prior to holding bill of costs hearing, if any hearing is required."  This court, however, does not have jurisdiction over the matters that are before the state court.  As stated above, this court does not sit as an appellate court of that state court's rulings.

Date: April 25, 2013